DOC NO
REC'D/FILED

2018 SEP 20 AM 11: 16
PETER OPPENEER
US DIST COURT
WD OF

NOTICE OF APPEAL TO A COURT OF APPEALS
FROM A JUDGMENT OR ORDER OF A DISTRICT COURT

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WISCONSIN

Rick Robinson

Plaintiff, Case No. 18 CV-107 JOP

v.

Becher

Defendants.

NOTICE OF APPEAL

Notice is hereby given that (here name all parties taking the appeal) (plaintiffs) (defendants) in the above named case * hereby appeal to the United States Court of Appeals for the 7th Circuit (from the final judgment) (from an order (describing it)) entered in this action on the 25 day of July, 2018.

PRO SE PLAINTIFF
Rick Robinson

* See Rule 3(c) for permissible ways of identifying appellants.

Marlene Olson
Appeals Clerk
U.S. Court of Appeals Seventh Circuit

(Prisoner Complaint Package)