IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

RICK TYRONE ROBINSON,

    Plaintiff,

v.

                              Case No. 18-cv-107-jdp

LON BECHER,

    Defendant.

JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant dismissing this case.

/s/ Peter Oppeneer, Clerk of Court            5/20/2019 Date

It appearing that there is no just reason for delay, I direct that this final judgment be entered.